IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PAUL GEORGE BETTENCOURT,                    *

                            Plaintiff,      *

v.                                                    Case No.  7:23-cv-114 (WLS-ALS)
                                            *
DELISHA BRYANT,
                                            *
                            Defendant.
                                            *
_____
                                            *

### **J U D G M E N T**

Pursuant to this Court's Order dated 8/12/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of August, 2025.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk